IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENNETH JEAN TEAS,**                                                                 **PLAINTIFF**
**ADC #154512**

V.                          CASE NO. 4:19-CV-268-SWW-BD

**DOE**                                                                                **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge Susan Webber Wright. Mr. Teas may file written objections with the Clerk of Court. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Teas does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

Plaintiff Kenneth Jean Teas, an inmate at the Faulkner County Detention Center (Detention Center), filed this civil lawsuit without the help of a lawyer on April 17, 2019. (Docket entry #2) In his complaint, Mr. Teas names only an unknown officer/jailer as the Defendant. By Order of April 17, 2019, the Court warned Mr. Teas of his obligation to identify and serve all Defendants, including Doe Defendants, within 90 days of April 17, 2019, the date he filed his complaint. See FED. R. CIV. P. 4(m). The time allowed under

the Rules for serving the Doe Defendant has expired, and Mr. Teas has not yet identified any Defendant.

### III. <u>Conclusion</u>:

The Court recommends that Mr. Teas's claims against the Doe Defendant be DISMISSED, without prejudice. This case should be DISMISSED based on Mr. Teas's failure to prosecute this lawsuit.

DATED this 18th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE