**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KENNETH JEAN TEAS,**                                                                      **PLAINTIFF**
**ADC #154512**

**V.**                              **CASE NO. 4:19-CV-268-SWW-BD**

**DOE**                                                                                        **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge Beth
Deere recommending that Mr. Teas's claims be dismissed.  Mr. Teas has not filed
objections.  After careful review of the Recommendation, the Court concludes that it
should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Teas's claims are DISMISSED, without prejudice, based on his failure to
identify and serve the Defendant within the time allowed and his failure to prosecute this
lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 7th day of August 2019.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE