IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENNETH JEAN TEAS,**     **PLAINTIFF**
**ADC #154512**

V.     CASE NO. 4:19-CV-268-SWW-BD

**DOE**     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of August 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE